UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD SABONIS ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION |
| ) | NO. 3:14-CV-694 (VLB) |
| VS. ) | |
| ) | |
| KEMPER INDEPENDENCE INSURANCE ) | |
| COMPANY AND KEMPER PREFERRED ) | |
| Defendants ) | JANUARY 5, 2015 |

### RULE 41 JOINT STIPULATION OF DISMISSAL

The parties jointly through their respective counsel hereby stipulate to a dismissal, with prejudice, of the above-referenced matter, each party to bear their own costs and attorneys' fees.

PLAINTIFF
RICHARD SABONIS

By ___/s/___
Walter E. Bass, Jr., Esq.
Fed. Bar No. ct10459
P.O. Box 289
East Windsor, CT 06088
Tel: (860) 623-8688
Fax: (860) 623-6977
walterbass1@yahoo.com

DEFENDANTS
KEMPER INDEPENDENCE INSURANCE
COMPANY and KEMPER PREFERRED

By ___/s/___
Daniel P. Scapellati
Fed Bar No. ct03855
HALLORAN & SAGE LLP
Hartford, CT 06103
Tel: (860) 297-4622
Fax: (860) 548-0006
scapellati@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on the 5th day of January 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/  
                                      Daniel P. Scapellati

3603098v.1  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
&SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105